UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: EX PARTE MOTION OF THE UNITED STATES TO PREVENT THE RELEASE OF DOCUMENTS RELATED TO AN ONGOING FEDERAL CRIMINAL INVESTIGATION | : : MISC. NO. 16-mc-56 : : **(UNDER SEAL)** : |

### ORDER ENJOINING THE EAST BATON ROUGE PARISH CORONER'S OFFICE FROM RELEASING THE AUTOPSY REPORT OF ALTON STERLING

Considering the foregoing,

IT IS HEREBY ORDERED, the East Baton Rouge Parish Coroner's Office be enjoined from releasing the autopsy report of Alton Sterling, and all related documents, to the public until the completion of the federal criminal investigation into the death of Mr. Sterling is completed, or until further orders from the Court; however, nothing in this Order shall preclude transmission of the autopsy report of Alton Sterling, and related documents, to the United States Attorney's Office, the United States Department of Justice Civil Rights Division, the Federal Bureau of Investigation, or representatives of the Alton Sterling family.

Baton Rouge, Louisiana, this 2nd day of August, 2016.

_____
CHIEF JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

J. Flowers