UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: EX PARTE MOTION TO PREVENT THE RELEASE OF DOCUMENTS RELATED TO AN ONGOING FEDERAL CRIMINAL INVESTIGATION | MISCELLANEOUS ACTION<br><br>NO.: 16-00056-BAJ |

### ORDER

The United States previously filed a sealed motion seeking to have the Court issue a sealed order temporarily enjoining the East Baton Rouge Parish Coroner's Office ("the Coroner") from releasing the autopsy report of Alton Sterling in order to protect the integrity of the United States' ongoing criminal investigation. The Court granted the United States' motion, and the Coroner now stands prohibited from not only releasing a copy of the autopsy report, but also from releasing a copy of the order enjoining the autopsy report's release. Unfortunately, the Coroner is being threatened with litigation by those who do not believe his stated reasons for withholding the report. The United States therefore moves to have the Court unseal its previous order.

Accordingly,

**IT IS ORDERED** that the **Motion to Modify August 2, 2016 Sealing Order (Doc. 7)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Order Enjoining the East Baton Rouge Parish Coroner's Office from Releasing the Autopsy Report of Alton Sterling (Doc. 4)** is **UNSEALED**.

Baton Rouge, Louisiana, this 11th day of August, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA